1034

April 3, 1972

No. 70–20. Canniffe et al. *v.* Burg. Affirmed on appeal from D. C. Mass.

No. 70–80. Davis, Governor of Vermont, et al. *v.* Kohn et ux. Affirmed on appeal from D. C. Vt.

No. 71–628. Cody, Elections Commissioner, et al. *v.* Andrews et ux. Affirmed on appeal from D. C. M. D. N. C.

No. 70–76. Donovan, Secretary of State of Minnesota, et al. *v.* Keppel et al. Affirmed on appeal from D. C. Minn. Mr. Justice Blackmun took no part in the consideration or decision of this appeal.

No. 70–51. Whitcomb, Governor of Indiana, et al. *v.* Affeldt et ux. Appeal from D. C. N. D. Ind. Motion of appellees for leave to dispense with printing motion to affirm granted. Judgment affirmed.